|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>March 14, 2017<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ARMANDO ROCHIN,<br><br>    Defendant. | Case No.  2:16-cr-00215-KJM<br><br>**ORDER FOR RELEASE OF<br>PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ARMANDO ROCHIN , Case No.  2:16-cr-00215-KJM  Charge 18 21 U.S.C. §§ 846, 841(a)(l) , from custody for the following reasons:for the following reasons:for the following reasons:for the following reasons:

\_\_\_\_\_  Release on Personal Recognizance

\_\_\_\_\_  Bail Posted in the Sum of $ _____

__X__  Unsecured Appearance Bond $  50,000.00

\_\_\_\_\_  Appearance Bond with 10% Deposit

\_\_\_\_\_  Appearance Bond with Surety

\_\_\_\_\_  Corporate Surety Bail Bond

\_\_\_\_\_  (Other):

Issued at Sacramento, California on March 14, 2017 at 2:30 pm .

By: _/s/_____
Magistrate Judge Deborah Barnes