CANDICE L. FIELDS, SBN 172174
CANDICE FIELDS LAW
455 Capitol Mall, Suite 802
Sacramento, California 95814
Telephone: (916) 414-8050
Facsimile: (916) 790-9450
cfields@candicefieldslaw.com

Attorneys for Defendant Armando Rochin

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARMANDO ROCHIN, et. al.,<br><br>Defendants. | Case No. 2:16-CR-215-KJM<br><br>STIPULATION AND ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE TO ALLOW TRAVEL<br><br>Judge: Judge Kimberly J. Mueller |

It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Justin Lee, Assistant United States Attorney, and Defendant, ARMANDO ROCHIN, through his attorney of record Candice L. Fields, that Defendant's conditions of supervision be modified to permit him to travel out of the country for a family matter.

Specifically, Mr. Rochin wishes to travel to Mexicali, Baja California, Mexico from February 20, 2018 through February 27, 2018, with his triplet children so that his daughter [AR] can be treated for a medical condition by Mr. Rochin's brother who is a practicing medical doctor in Mexicali, Baja California, Mexico.

1 STIPULATION AND ORDER TO
MODIFY CONDITIONS OF SUPERVISED RELEASE TO ALLOW TRAVEL
Case No. 2:16-CR-215-KJM

Mr. Rochin's courtesy pretrial officer in Riverside, CA, Jacqueline Rodriguez ((951)328-4490), has no objection to this request for travel; per the Eastern District's policy, Mr. Rochin's assigned pretrial officer Steven Sheehan does not take a position and defers to the Court regarding this request for travel.

Therefore, the undersigned are entering into this stipulation to request this modification be made to Defendant Rochin's supervised release enabling him to travel to Mexicali, Baja California, Mexico with his three children.

It is so stipulated.

Dated: February 13, 2018  /s/ Justin Lee
JUSTIN LEE
Assistant United States Attorney
Attorney for Plaintiff

Dated: February 13, 2018  /s/ Candice L. Fields
Candice L. Fields
Attorney for Defendant Armando Rochin

/ / /

/ / /

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the conditions of supervised release of defendant, ARMANDO ROCHIN, be modified as noted above to permit the defendant to travel to Mexicali, Baja California, Mexico from February 20, 2018 through February 27, 2018. All other conditions of supervised release shall remain in force.

DATED: February 16, 2018

_____
UNITED STATES DISTRICT JUDGE