CANDICE L. FIELDS, SBN 172174
CANDICE FIELDS LAW
455 Capitol Mall, Suite 802
Sacramento, California 95814
Telephone: (916) 414-8050
Facsimile: (916) 790-9450
cfields@candicefieldslaw.com

Attorneys for Defendant Armando Rochin

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARMANDO ROCHIN, et. al.,<br><br>Defendants. | Case No. 2:16-CR-215-KJM<br><br>STIPULATION AND ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE TO ALLOW TRAVEL<br><br>Judge: Judge Kimberly J. Mueller |

It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Justin Lee, Assistant United States Attorney, and Defendant, ARMANDO ROCHIN, through his attorney of record Candice L. Fields, that Defendant's conditions of supervision be modified to permit him to travel out of the country for a family matter.

Specifically, Mr. Rochin wishes to travel to Rosarito and Mexicali, Baja California, Mexico, from May 17, 2018 through May 22, 2018, with his family so that they can attend the wedding of Mr. Rochin's brother-in-law in Rosarito.

1 STIPULATION AND ORDER TO
MODIFY CONDITIONS OF SUPERVISED RELEASE TO ALLOW TRAVEL
Case No. 2:16-CR-215-KJM

Mr. Rochin's courtesy pretrial officer in Riverside, CA, Jacqueline Rodriguez ((951) 328-4490), has no objection to Mr. Rochin's requests for travel; per the Eastern District's policy, Mr. Rochin's assigned pretrial officer Steven Sheehan does not take a position and defers to the Court regarding Mr. Rochin's requests for travel.

Therefore, the undersigned are entering into this stipulation to request this modification be made to Defendant Rochin's supervised release enabling him to travel to Mexicali, Baja California, Mexico and Rosarito, Mexico, with his family on the above-referenced dates.

It is so stipulated.

Date: April 25, 2018                  /s/ Justin Lee
                                      JUSTIN LEE
                                      Assistant United States Attorney
                                      Attorney for Plaintiff


Dated: April 25, 2018                 /s/ Candice L. Fields
                                      Candice L. Fields
                                      Attorney for Defendant Armando Rochin

/ / /

/ / /

# **ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the conditions of supervised release of defendant ARMANDO ROCHIN be modified as noted above to permit the defendant to travel to Mexicali, Baja California, Mexico, and Rosarito, Mexico, from May 17, 2018 through May 22, 2018. All other conditions of supervised release shall remain in force.

DATED: April 27, 2018

_____
UNITED STATES DISTRICT JUDGE