CANDICE L. FIELDS, SBN 172174
CANDICE FIELDS LAW
520 Capitol Mall, Suite 750
Sacramento, California 95814
Telephone: (916) 414-8050
Facsimile: (916) 790-9450
cfields@candicefieldslaw.com

Attorneys for Defendant Armando Rochin

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARMANDO ROCHIN, et. al.,<br><br>Defendants. | Case No. 2:16-CR-215-KJM<br><br>STIPULATION AND ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE TO ALLOW TRAVEL<br><br>Judge: Judge Kimberly J. Mueller |

It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Justin Lee, Assistant United States Attorney, and Defendant, ARMANDO ROCHIN, through his attorney of record Candice L. Fields, that Defendant's conditions of supervision be modified to permit him to travel out of the country for to visit with his brother's family for the Christmas holiday.

Specifically, Mr. Rochin wishes to travel to Mexicali, Baja California, Mexico from December 17, 2018 through January 2, 2019.

Mr. Rochin's courtesy pretrial officer in Riverside, CA, Jacqueline Rodriguez ((951)328-4490), has no objection to this request for travel; per the Eastern District's policy,

1 STIPULATION AND ORDER TO
MODIFY CONDITIONS OF SUPERVISED RELEASE TO ALLOW TRAVEL
Case No. 2:16-CR-215-KJM

Mr. Rochin's assigned pretrial officer Steven Sheehan does not take a position and defers to the Court regarding this request for travel.

Therefore, the undersigned are entering into this stipulation to request this modification be made to Defendant Rochin's supervised release enabling him to travel to Mexicali, Baja California, Mexico with his three children.

It is so stipulated.

Dated: December 7, 2018          */s/ Justin Lee*
                                 JUSTIN LEE
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


Dated: December 7, 2018          */s/ Candice L. Fields*
                                 Candice L. Fields
                                 Attorney for Defendant Armando Rochin

/ / /

/ / /

2    STIPULATION AND ORDER TO
MODIFY CONDITIONS OF SUPERVISED RELEASE TO ALLOW TRAVEL
Case No. 2:16-CR-215-KJM

# **ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the conditions of supervised release of defendant, ARMANDO ROCHIN, be modified as noted above to permit the defendant to travel to Mexicali, Baja California, Mexico from December 17, 2018 through January 2, 2019. All other conditions of supervised release shall remain in force.

DATED: December 11, 2018.

_____
UNITED STATES DISTRICT JUDGE